**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 8, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-01021-CV

---

## IN RE ROBERT S. HOFFMAN AND LAW OFFICE OF ROBERT S. HOFFMAN PLLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-17523**

---

## MEMORANDUM OPINION

On December 29, 2014, relators Robert S. Hoffman and the Law Office of Robert S. Hoffman PLLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Al Bennett, presiding judge of the 61st District Court of Harris County, to set aside his November 14, 2014 order granting the motion to compel net-worth discovery.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relators' motion for temporary relief.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.